UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RICARDO M. MEZA,

   Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

NO. CV-07-271-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED this 8th day of September, 2008.

          JAMES R. LARSEN
          District Court Executive/Clerk

          s/ L. Stejskal
          Deputy Clerk